CLARKSON *et al.*, Appellants, *v.* HOWARD, Respondent.

*(Superior Court of New York City, General Term.* July 5, 1892.)

Action by Thomas S. Clarkson and others against Frederick S. Howard. From judgment entered on a verdict directed by the court in favor of the defendant, plaintiffs appeal.

Argued before FREEDMAN, DUGRO, and GILDERSLEEVE, JJ.

*Ogden, Beekman & Ogden,* for appellants. *Cannon & Atwater,* for respondent.

PER CURIAM. Upon the whole case it clearly appeared that the plaintiffs were not the procuring cause of the sale, and that the sale was effected by the broker Sterne. It was a clear case of two brokers trying to sell the same property to the same party; the one failing and the other succeeding. The rule of law in such cases has been well defined in *Alden* v. *Earle,* (Super. N. Y.) 4 N. Y. Supp. 548; affirmed in 121 N. Y. 688, 24 N. E. Rep. 705. The direction of a verdict against the plaintiffs was proper, and the judgment should be affirmed, with costs.

---

GENET, Appellant, *v.* PRESIDENT, ETC., OF THE DELAWARE & H. CANAL Co., Respondents.

*(Superior Court of New York City, General Term.* July 5, 1892.)

Action by Augusta G. Genet against the president, etc., of the Delaware & Hudson Canal Company.

For former reports, see 12 N. Y. Supp. 572; 13 N. Y. Supp. 394; 14 N. Y. Supp. 939.

Argued before FREEDMAN and DUGRO, JJ.

*Geo. C. Genet,* for appellant. *Matthews & Smith,* for respondents.

PER CURIAM. The court at special term had power to order restitution, (*Wright* v. *Nostrand,* 100 N. Y. 616, 3 N. E. Rep. 78; *Carleton* v. *Mayor,* 19 Wkly. Dig. 354;) and as the method adopted to enforce it carried out the necessary effect of the judgment of the court of appeals, and rendered it effectual, there is no necessity for condemning it by a reversal.

The order should be affirmed, with $10 costs, etc.

---

JACOBS, Appellant, *v.* MORRISON, Respondent.

*(Superior Court of New York City, General Term.* July 5, 1892.)

Action by Flora Jacobs against David Morrison, individually, and as trustee, etc. From judgment dismissing complaint, entered on findings and the decision of a judge at special term, plaintiff appeals.

Argued before FREEDMAN and GILDERSLEEVE, JJ.

*Reeves & Todd,* for appellant. *J. George Flammer,* for respondent.

FREEDMAN, J. The record submitted does not contain the evidence given upon the trial of the issues, and consequently it must be assumed that the findings of fact which were made were supported by sufficient evidence. That being so, the only substantial question presented by the appeal is whether the facts, as found, justify the conclusion of law based thereon, and the judgment as finally entered. Upon due examination I have satisfied myself that the conclusions of law are fully warranted by the facts as found, and that the judgment as entered is correct.

The judgment should be affirmed, with costs.